

# SALLY & FITCH LLP

**JENNIFER E. GREANEY**
jeg@sally-fitch.com

December 18, 2015

ONE BEACON STREET
BOSTON, MA 02108
617 542 5542 PHONE
617 542 1542 FAX
WWW.SALLY-FITCH.COM

56 PINE STREET
PROVIDENCE, RI 02903

**BY HAND DELIVERY**

United States District Court
for the District of Massachusetts
1 Courthouse Way
Boston, MA 02210

Re: The Bank of New York Mellon v. Gerard J. Cioffi
United States District Court
Docket No.: 15-cv-13935

Dear Sir or Madam:

Pursuant to Local Rule 81.1(a), enclosed please find certified copies of the state court record and docket report in the above-referenced matter, which was removed to the United States District Court for the District of Massachusetts from the Northeast Housing Court on November 24, 2015.

Thank you for your attention to this matter.

Sincerely,

Jennifer E. Greaney

cc: David S. Flores, Esq. (w/encs.)
Marylyn E. Flores, Esq. (w/o encs.)
William A. Dorry IV, Esq. (w/encs.)
Stephen C. Reilly, Esq. (w/o encs.)